AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/17/2026

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

In the Matter of the Search of                           )
*(Briefly describe the property to be searched*          )
*or identify the person by name and address)*            )        Case No. 6:26mj14
                                                         )
United States Postal Service Priority Mail parcel bearing )
tracking number                                          )
"9405 5362 0624 9317 9525 14"                            )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail parcel bearing tracking number "9405 5362 0624 9317 9525 14"
Recipient address: Treshawn Smith, 4104 Village Hwy., Lynchburg, VA 24504

located in the _____ Western _____ District of _____ Virginia _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances and/or proceeds from drug trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution of a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:

As set forth in the attached affidavit of Task Force Officer Tyler W. Fridley

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Tyler W. Fridley*
_____
*Applicant's signature*

Tyler W. Fridley, Task Force Officer, USPIS
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ telephone _____ *(specify reliable electronic means)*.

Date:    3/17/2026

_____
*Judge's signature*

City and state:    Roanoke, Virginia          C. Kailani Memmer, United States Magistrate Judge
_____
*Printed name and title*