6:26mj14

**ATTACHMENT A**

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Tyler W. Fridley, Task Force Officer, United States Postal Inspection Service, having been duly sworn under oath, state as follows:

1.      Your affiant is a certified police officer employed full time with the Virginia State Police and holds the rank of Special Agent.  I am currently assigned as a Task Force Officer with the United States Postal Inspection Service ("USPIS") assigned in the Roanoke, Virginia Domicile.  I am authorized to investigate criminal and civil matters related to the United States Postal Service and the mails; serve warrants and subpoenas; make arrests; carry firearms; make seizures of property; administer oaths; and perform such other official duties as may be established by the Chief Postal Inspector.  I have been employed as a sworn officer with the Virginia State Police since January 2010 and have worked in the drug interdiction arena with the Virginia State Police since 2018.  My work has included highway drug interdiction and parcel interdiction at other commercial parcel businesses.  I have received formal training in conducting criminal investigations into drug trafficking and money laundering organizations that utilize the United States Postal Service ("USPS") and parcel courier services.  During my tenure as a special agent, I have conducted and participated in numerous investigations of criminal activity that have violated both federal and state law.

2.      I know based on training and experience that USPS Priority Mail and Priority Mail Express are commonly used to transport controlled substances, and drug trafficking proceeds, because drug traffickers can track parcels, control dispatch times and locations, and have a

1

guarantee of delivery in one to three days.

### Probable Cause

3.      This affidavit is submitted in support of an application for a search warrant of a USPS Priority Mail parcel bearing tracking number "9405 5362 0624 9317 9525 14" for controlled substances and/or the proceeds from drug trafficking.  The parcel (hereafter referred to as Parcel #1) is described as follows:

   a. Addressee: Treshawn Smith, 4104 Village Hwy, Lynchburg, VA 24504
   b. Return Address: The Vitamin Shoppe, 257 8th Ave., New York, NY, 10011
   c. Postage Affixed: Origin: New York, NY, Postage: $8.28, Date: 3/13/2026
   d. Tracking Number: 9405 5362 0624 9302 8304 38 (Parcel #1)
   e. Description:  White cardboard envelope bearing dimensions 12.5" x 9.5
   f. Weight: 4.05 oz.

4.      On March 17, 2026, I identified Parcel # 1 during routine interdiction operations and took custody of Parcel #1.  Parcel #1 was mailed from Bethpage, New York, a known source area for parcels containing controlled substances mailed into the Western District of Virginia. Parcel #1 is a white cardboard envelope bearing a printed USPS Priority Mail label.  The return address is listed as The Vitamin Shoppe, 257 8th Ave, New York, NY 10011.  The recipient is listed as Treshawn Smith, 4104 Village Hwy., Lynchburg, VA 24504.  Parcel #1 was paid for with utilizing EasyPost.  Based on my training and experience, it is common for drug traffickers to use EasyPost, an online and application-based means of shipping packages to ship-controlled substances through the U.S. Mail.  EasyPost accepts cryptocurrency, such as Bitcoin, as payment. Cryptocurrency is often used as a means of payment by drug traffickers to avoid detection and/or tracing by law enforcement.  A photograph of Parcel #1 is attached as Exhibit #1.

2

5.      I utilized CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone information, to conduct searches for information related to Parcel #1.  According to CLEAR, the name of the addressee, "Treshawn Smith" is not associated to the destination address 4104 Village Hwy., Lynchburg, VA 24504. Postal business records indicate "Treshawn Smith" has only received EasyPost parcels from California/New York to 4104 Village Hwy., Lynchburg, VA 24504.  According to open-source information "The Vitamin Shoppe" does appear to be a legit business at 257 8th Ave., New York, NY, 10011

6.      A search of postal business records revealed three (3) prior USPS Priority Mail parcels were mailed from the New York, NY metro area to the destination address of 4104 Village Hwy, Lynchburg, VA 24504 between February 23, 2026, and March 12, 2026.  Furthermore, "Treshawn Smith" received seven (7) parcels between June 13, 2025, and March 10, 2026, from the Los Angeles metro area.  Based on my training and experience, numerous parcels mailed from the Los Angeles, CA and New York, NY metro area to a specific address in the Western District of Virginia is an indication of drug trafficking through the U.S. Mail.  Furthermore, on July 28, 2025, I executed search warrant 7:25mj157 on a parcel destined for "Treshawn Smith, 4104 Village Hwy, Lynchburg, VA 24504.   The parcel contained approximately 119 grams of methamphetamines.

7.      On March 17, 2026, I contacted numerous narcotic canine handlers with Virginia State Police and Roanoke City Police Department.  The handlers contacted are either training in other locations, or on leave.

8.      Currently, Parcel #1 is located at the USPIS-Roanoke Domicile in the Western District of Virginia.  The parcel has been maintained unopened, in my custody, pending application for a search warrant.

9.      Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that the USPS Priority Mail parcel bearing tracking number "9405 5362 0624 9317 9525 14," addressed to "Treshawn Smith, 4104 Village Hwy., Lynchburg, VA, 24504," bearing a return address of "The Vitamin Shoppe, 257 8th Ave., New York, NY 10011," contains controlled substances, and/or the proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

*Tyler W. Fridley*
Tyler W. Fridley
Task Force Officer
United States Postal Inspection Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means; specifically, by telephone, on the 17th day of March 2026.

The Honorable C. Kailani Memmer
United States Magistrate Judge
Western District of Virginia

4