6:26mj14

# Exhibit 1



5