AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** |
|---|

| Case No.:<br>6:26mj14 | Date and time warrant executed:<br>March 17, 2026 at 12:27 p.m. | Copy of warrant and inventory left with:<br>On file with USPIS Roanoke |
|---|---|---|

Inventory made in the presence of :
 TFO Fridley and PI Buck

Inventory of the property taken and name(s) of any person(s) seized:

1.  White cardboard envelope with USPS Trk# 9405 5362 0624 9317 9525 14

2.  Approximately 31g (250ct) of unknown round pink pills

**Received in Chambers**
By Reliable Electronic Means
3/18/2026 @ 10:41am

**Hon. C. Kailani Memmer**
**United States Magistrate Judge**

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/18/2026

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

| **Certification** |
|---|

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    3-18-26

*Tyler W. Fridley*
*Executing officer's signature*

USPIS TFO Tyler  W. Fridley
*Printed name and title*